```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

RICHARD BROWN JR.,            )
                              )
          Plaintiff,          )          4:04CV3217
                              )
     v.                       )
                              )
GOODYEAR TIRE AND RUBBER CO., )          ORDER
                              )
          Defendant.          )
                              )

    IT IS ORDERED:

    The joint oral motion of the parties is granted and the telephone planning conference is continued to May 18, 2005 at 10:30 a.m.  Plaintiff's counsel shall initiate the call.

    DATED this 3rd day of May, 2005.

                               BY THE COURT:

                               s/ *David L. Piester*
                               David L. Piester
                               United States Magistrate Judge