```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

RICHARD BROWN JR.,              )
                                )
           Plaintiff,           )           4:04CV3217
                                )
      v.                        )
                                )
GOODYEAR TIRE AND RUBBER,       )              ORDER
                                )
           Defendant.           )
                                )
```

   IT IS ORDERED:

   The joint oral motion of the parties is granted and the telephone planning conference is continued from today to June 3, 2005 at 2:00 p.m.  Plaintiff's counsel shall place the call.

   DATED this 18th day of May, 2005.

                                BY THE COURT:

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge