```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| RICHARD BROWN JR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3217 |
| | ) | |
| v. | ) | |
| | ) | |
| THE GOODYEAR TIRE AND RUBBER COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The parties' stipulation and motion for time, filing 29, is granted and the deadline for filing motions for summary judgment is extended to December 12, 2005.

DATED this 28th day of November, 2005.

BY THE COURT:

*s/ David L. Piester*
David L. Piester
United States Magistrate Judge