```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

RICHARD BROWN JR.,              )
                                )
           Plaintiff,           )        4:04CV3217
                                )
      v.                        )
                                )
GOODYEAR TIRE AND RUBBER,       )        ORDER
                                )
           Defendant.           )
                                )
```

Upon the defendant's unopposed oral motion,

IT IS ORDERED:

The deadline for filing motions for summary judgment is extended to December 19, 2005.

DATED this 2nd day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge