IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD BROWN JR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3217 |
| | ) | |
| v. | ) | |
| | ) | |
| GOODYEAR TIRE AND RUBBER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's unopposed oral motion is granted and the deadline for filing summary judgment motions is extended to December 23, 2005.

DATED this 16th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge