IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD BROWN, JR., | ) | 4:04CV3217 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| THE GOODYEAR TIRE & RUBBER | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Plaintiff's motion for additional time to file an affidavit in response to Defendant's pending motion for summary judgment. I find that the motion should be granted.

IT IS ORDERED

1. The motion in filing 38 is granted, and Plaintiff shall have until January 31 to file the affidavit of Plaintiff in response to the pending motion for summary judgment; and

2. The time for Defendant to file its reply brief, if any, shall begin to run upon the filing of the affidavit.

January 24, 2006.			BY THE COURT:

					*s/Richard G. Kopf*
					United States District Judge