IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD BROWN, JR., | ) | 4:04CV3217 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| THE GOODYEAR TIRE & RUBBER | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Defendant's motion for an extension of time in which to file its reply brief regarding the pending motion for summary judgment. Defendant represents that Plaintiff has no objection to the extension, and I find that the extension should be granted.

IT IS ORDERED that the motion in filing 42 is granted, and Defendant shall have until February 14, 2006 to file its reply brief regarding the pending motion for summary judgment.

February 10, 2006.	BY THE COURT:

*s/Richard G. Kopf*
United States District Judge