## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD BROWN, JR, | ) | 4:04CV3217 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| THE GOODYEAR TIRE AND | ) | |
| RUBBER COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Defendant's motion for summary judgment.  Both parties have submitted briefs and affidavits regarding the motion. Although this motion has been ripe for decision only since February 14, 2006, the pretrial conference in this matter is set for March 3, 2006 and trial is scheduled for March 13, 2006.

I have reviewed the briefs and affidavits submitted by the parties.  I find that summary judgment should be granted to Defendant.  In the interests of judicial economy and to avoid unnecessary trial preparation by the parties, I enter summary judgment today, with a memorandum and order setting forth the court's findings on the motion for summary judgment  and an accompanying judgment to follow within forty-five days.

IT IS ORDERED that Defendant's motion for summary judgment (filing 34) is granted, with a memorandum and order setting forth the court's findings on the motion for summary judgment and an accompanying judgment to follow within forty-five days.

March 2, 2006.                    BY THE COURT:

                                  *s/Richard G. Kopf*
                                  United States District Judge